Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-9692-AHM (Ex) | Date | December 12, 2005 |
|---|---|---|---|

Title: THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, et al.

Present: The Honorable A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald O. Kaye | David J. Wilson |

**Proceedings:** PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ADD DEFENDANTS JOHN VAN DE KAMP AND CURT LIVESAY [Filed 11/14/05]

Cause called; appearances made.

Court issues ruling without oral argument. The Court GRANTS the above motion.



DOCKETED ON CM
DEC 12 2005
BY _____ 077

02

Initials of Preparer _____