# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| THOMAS LEE GOLDSTEIN, <br><br> Plaintiff - Appellee, <br><br> V. <br><br> CITY OF LONG BEACH, <br><br> Defendant, <br><br> And <br><br> COUNTY OF LOS ANGELES, <br><br> Defendant - Appellant. | No. 05-56243 <br> D.C. No. CV-04-09692-AHM <br><br> **JUDGMENT** <br><br>  |

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART; DISMISSED IN PART**.

Filed and entered 11/06/06



