UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LEE GOLDSTEIN,<br>      Plaintiff,<br>  vs.<br>CITY OF LONG BEACH et al.,<br>      Defendants.<br>_____ | Case No. CV 04-9692-AHM (Ex)<br><br>PROTECTIVE ORDER |

GOOD CAUSE HAVING BEEN SHOWN, with respect to the materials produced pursuant to this Court's February 27, 2009 Order granting Plaintiff's Motion to Enforce the Subpoena Compelling the Production of Transcripts and Supporting Documents from the 1989-1990 Los Angeles County Grand Jury: Investigation of Jail House Informants in the Criminal Justice System of Los Angeles County – (1) The Witness Index; (2) The Exhibit Index; and (3)The Transcript summaries – IT IS ORDERED that:

    1.    Until further order, counsel may not give or show these materials to anyone else, including their client(s).

    2.    Counsel may not duplicate these materials except to the extent that the

        office of each counsel of record may have one set.

3.     By not later than the conclusion of this case, including any appeal from any final judgment, counsel must return these materials to counsel for the Superior Court. (The Court may order the return of these materials before then).

4.     If the Court ultimately authorizes the Parties to obtain underlying exhibits or transcripts, counsel's use of the underlying exhibits or transcripts will be bound by the same conditions described above.

DATED: March 9, 2009

_____
HONORABLE A. HOWARD MATZ
United States District Judge

2