O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-9692 AHM (Ex) | Date | March 13, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court amends its February 27, 2009 Order in the following respects.

<u>Paragraph 1 on pages 27-28</u>: The Court previously required that the subject materials be filed in camera and under seal by March 15, 2009. That date is amended to March 18, 2009.

<u>Paragraph 2 on page 28</u>: The Court previously wrote that the subject materials "will not be provided to counsel unless all counsel consent to. . . a [Proposed] Protective Order. . . ." That provision is amended as follows:

2. If the Court orders such release, the materials will not be provided to any counsel who has not signified consent to the following restrictions by filing a [Proposed] Protective Order by March 18, 2009: . . . .

All other provisions of the Order remain in effect.

:
Initials of Preparer   SMO