PRIORITY SEND<br>O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | March 19, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

### 1. Release of Grand Jury Materials

Pursuant to the Order dated February 27, 2009, counsel for the Superior Court has manually filed under seal and *in camera* the following documents: Declaration of D. Brett Bianco, Witness List of the 1989-1990 Grand Jury, Exhibit Index of that Grand Jury, and the summary of testimony of one witness. Pursuant to the February 27, 2009 Order, as amended by the Order dated March 13, 2009, the Court is prepared to release these grand jury documents and the Bianco declaration to the attorneys who have consented to the protective order: Ronald Kaye, Barrett Litt, Monte Machit, Michael Peters, Peter Ferguson, Thomas Feeley, and Catherine Mathers. All of these documents, including the Bianco declaration, are subject to the protective order. Counsel may arrange to pick up their respective copy of the materials from the Courtroom Deputy Clerk, and the individual who actually does so will have to sign a receipt.

### 2. The Missing Transcript Summaries

Brett Bianco states in his declaration that the Grand Jury materials reside in 36 boxes in the archives and the transcript summaries are supposed to be in three black notebooks in Box 20. He goes on to report that he could not locate the transcript summaries (save one) in Box 20 or anywhere else in the boxes and he describes his extensive efforts to track down the missing summaries. To ensure that all reasonable efforts are made, the Court ORDERS counsel for the Superior Court to ask Verna Wefald if she knows the whereabouts of the transcript summaries and to identify the persons whose initials are at the top of Exhibit 4, so that it can be determined whether they also

PRIORITY SEND<br>O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | March 19, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

should be contacted about the missing summaries.[1]

### 3.  Motion(s) for Disclosure of Particular Transcripts and Exhibits

Any party who receives these materials may move for disclosure of particular transcripts and exhibits at any time, bearing in mind that the non-expert discovery cut-off is June 22, 2009.  Any party, as well as the Superior Court, may file an opposition to any such motion.

:          <br>Initials of Preparer   se

---

[1] The Court assumes "DD" stands for Douglas Dalton, but does not know who "LL" is.