O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | April 2, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sandy Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

Plaintiff has filed an unopposed *ex parte* application seeking leave for Verna Wefald to lodge her copy of the transcript summaries of the 1989-1990 Grand Jury with the Court, and a second unopposed *ex parte* application for a hearing on the matter. The second *ex parte* application is GRANTED.[1] The Court shall hold a hearing on April 7, 2009 at 4:15 p.m. Based on the Supplemental Declaration of Verna Wefald ¶ 4, the Court expects Ms. Wefald to bring the grand jury documents to the hearing.

:

Initials of Preparer    se

---

[1] Docket No. 259.