O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-9692-AHM (Ex) | Date | April 7, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald O. Kaye | Douglas Fee |

**Proceedings:** *EX PARTE* APPLICATION FOR ORDER LIFTING STAY ON DISCLOSURE OF GRAND JURY MATERIALS AND LEAVE FOR ATTORNEY WEFALD TO LODGE GRAND JURY TRANSCRIPT SUMMARIES [258] (non-evidentiary)

Also appearing are D. Brett Bianco, representing the Superior Court, and Verna Wefald, representing herself.

At the request of attorney Verna Wefald, the Court held a hearing concerning her copy of the transcript summaries of the 1989-1990 Grand Jury. The Court had ordered the Superior Court to provide the transcript summaries to the Court but, according to counsel for the Superior Court, they are missing from the Superior Court's archives.

Superior Court Counsel Brett Bianco stated that yesterday he spoke with the Honorable Curtis Rappe, the judge who had issued a protective order for the Grand Jury materials in 1999 that prohibited further disclosure by Ms. Wefald. Mr. Bianco stated that Judge Rappe told him that he believed no change to the original protective order was necessary, and that Judge Rappe suggested that Ms. Wefald should provide the missing transcript summaries to Mr. Bianco, so that Mr. Bianco could then provide the summaries to this Court and thereby comply with this Court's February 27, 2009 Order. Mr. Bianco stated that he was prepared to proceed on that basis and to provide the transcript summaries to the Court, along with a supplemental declaration. Ms. Wefald stated she was willing to follow Judge Rappe's suggestion.

The Court found that there was absolutely no reason to question that Mr. Bianco accurately conveyed Judge Rappe's authorization for Ms. Wefald to provide the

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-9692-AHM (Ex) | Date | April 7, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, et al. | | |

transcript summaries to Mr. Bianco.  The Court therefore ordered Mr. Bianco to lodge the transcript summaries with a supplemental declaration.

|  | : |
|---|---|
| Initials of Preparer | SMO |