O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | April 27, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

## A. <u>Grand Jury Documents</u>

### 1. **Order re Release of Grand Jury Documents**

Pursuant to the Court's order at the hearing on April 7, 2009, counsel for the Superior Court has manually filed under seal and *in camera* the following documents: A supplementation declaration of D. Brett Bianco and three volumes containing summaries of grand jury transcripts that Bianco received from Verna Wefald. The Court has reviewed the witness index, exhibit index, and transcript summaries produced by the Superior Court, as well as indices and lists evidently made by Douglas Dalton and not previously produced by Mr. Bianco.

The Court notes that the transcript summaries that Wefald provided to Bianco are not complete. For example, the summaries of the testimony of Curt Livesay on June 1, 1990 and the testimony of John Van de Kamp on June 20, 1990 are not in the three volumes. Still others may yet be missing.

Pursuant to its previous orders dated February 27, 2009, March 13, 2009, and March 19, 2009, the Court is prepared to release certain of these grand jury documents and the two Bianco declarations to the attorneys who have consented to the protective order: Ronald Kaye, Barrett Litt, Monte Machit, Michael Peters, Peter Ferguson, Thomas Feeley, and Catherine Mathers. All of these documents, including the Bianco declarations, are subject to the protective order. Counsel may arrange to pick up their respective copy of the materials from the Courtroom Deputy Clerk on Friday, May 1, 2009, at 10:00 a.m. The copies will have been placed into separate sealed envelopes, and

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | April 27, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

the individual who actually picks them up will have to sign a receipt. Such individual must be employed by the law firm of the counsel; a commercial messenger will not be permitted to pick up the envelope.

    **2.**    **List of Released Documents**

The grand jury documents that will be released are listed below by Bates number. In determining which specific documents may be released for the attorneys to review, the Court considered the potential relevance of the documents, applying Fed. R. Civ. Proc. 26(b)(1) and Fed. R. Evid. 401. The Court is not making any finding that any particular document is in fact relevant.

| Bates # (documents lodged March 13, 2009) |
|---|
| 0005-0008 |
| 0009-0014 |

| Bates # (documents lodged April 9, 2009) |
|---|
| 0006-0015 |
| 0132-0140 |
| 0264-0268 |
| 0269-0284 |
| 0307-0315 |
| 0333-0339 |
| 0368-0370 |
| 0371-0377 |

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | April 27, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| |
|---|
| 0378-0379 |
| 0413-0419 |
| 0465-0470 |
| 0471-0476 |
| 0479-0486 |
| 0487-0493 |
| 0607-0613 |
| 0614-0618 |
| 0619-0621 |
| 0646-0656 |
| 0838-0839 |

**3.     Motion(s) for Disclosure of Particular Transcripts and Exhibits**

Any party who receives these materials may move for disclosure of particular transcripts and exhibits, based on "particularized need." Plaintiff is mistaken in anticipating "that it will take two to four weeks to do the initial review of the summaries [and] another four to six weeks for the filing and hearing of such motions . . . ." It will not take so long. Accordingly, any motion seeking disclosure of the transcripts and exhibits shall be filed by not later than June 1, 2009. Any party, as well as the Superior Court, may file an opposition to any such motion.

**B.     New Scheduling Order**

Pursuant to the parties' most recent stipulation, the new Scheduling Order is as follows.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | | Date | April 27, 2009 |
|---|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | | |

| MATTER | COURT ORDER |
|---|---|
| Trial<br>Estimated Length: 16 days | 3/2/10 |
| Final Pre-Trial Conference Order; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Jury Instruction; File Proposed *Voir Dire* Qs and Agreed Upon Statement of Case | 2/8/10<br>– 3 weeks before trial |
| Hearings on Motions *in Limine* | 1/25/10<br>– 5 weeks before trial |
| Lodge Pre-Trial Conference Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | 1/25/10<br>– 5 weeks before trial |
| Replies to Oppositions Motions *in Limine* due | 1/18/10<br>– 6 weeks before trial |
| Oppositions to Motions *in Limine* due | 1/11/10<br>– 7 weeks before trial |
| Last day for hand serving Motions *in Limine* | 12/28/09<br>– 9 weeks before trial |
| Last day to meet before Pre-trial conference (L.R. 16-2) | 11/23/09<br>– 14 weeks before trial |
| Last day for hearing motions (other than Motions *in Limine*) | 11/23/09<br>– 14 weeks before trial |
| Replies to Oppositions to motions (other than Motions *in Limine*) due | 11/16/09<br>– 15 weeks before trial |
| Oppositions to motions (other than Motions *in Limine*) due | 11/9/09<br>– 16 weeks before trial |
| Last day to hand serve motions (except Motions *in Limine*) | 10/26/09<br>– 18 weeks before trial |
| Non-expert discovery cut-off | 10/12/09<br>– 20 weeks before trial |
| Expert discovery cut-off | 12/7/09<br>– 12 weeks before trial |
| Rebuttal expert witness disclosure | 11/16/09<br>– 15 weeks before trial |

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | April 27, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| **MATTER** | **COURT ORDER** |
|---|---|
| Opening expert witness disclosure | 10/19/09 – 19 weeks before trial |
| Last day to conduct settlement conference | 12/21/09 – 10 weeks before trial |
| Last day to amend pleadings | 12/21/09 – 14 weeks before trial |

_____ : _____

Initials of Preparer      se