O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-9692-AHM (Ex) | Date | May 18, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ronald O. Kaye | Monte H. Machit |
| David S. McLane | Catherine M. Mathers |

**Proceedings:** MOTION *IN LIMINE* TO ADMIT THE PRIOR TESTIMONY OF DEPONENT KAREN GEBERS RE: THE HEARSAY STATEMENTS OF UNAVAILABLE WITNESS CURTIS GEBERS [266] (non-evidentiary)

Court issues tentative ruling and hears limited oral argument. For reasons and findings stated on the record, the Court denies the motion *in limine*.

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | SMO |