O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | August 26, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:　　　　Attorneys **NOT** Present for Defendants:

**Proceedings:**　　　IN CHAMBERS (No Proceedings Held)

　　　The Clerk is hereby notified that if any party in this action attempts to file a document under seal, pursuant to any order of the Court permitting or requiring an *in camera* filing, the Clerk shall permit such under seal filings without any additional order of the Court being required.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 : 

　　　　　　　　　　　　　　　　　　　Initials of Preparer　　se