**PRIORITY SEND**   O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | September 3, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

     GOOD CAUSE HAVING BEEN SHOWN, this Court hereby orders that the materials produced pursuant to the federal subpoena for materials from the 1989-1990 Los Angeles County Grand Jury may be used at the depositions in this case under the following conditions:

A.    <u>Transcripts</u>

     1.    Counsel may ask questions based on testimony given before the Grand Jury. Counsel may also ask questions based on leads or evidence derived from testimony given before the grand jury.

     2.    In posing questions authorized by the preceding paragraph, counsel may refer to the transcript and mark the transcript, but may not offer it into evidence or include it in the exhibits given to and maintained by the court reporter and later made a part of the deposition transcript.

     3.    At the deposition any counsel may review the transcript, but the transcript itself may not be shown to any witness except a witness who gave the grand jury testimony contained in the transcript.

     4.    The portion of any deposition transcript containing reference to or testimony about prior grand jury testimony shall be separately transcribed by the court reporter - - *i.e.*, excised from the main transcript and placed into a separate transcript - - and if thereafter any counsel wishes to use such excised portion, he must first obtain this Court's authorization, except that such excised portion may be filed with this Court without obtaining prior approval so long as it is filed under seal.[1]

---

    [1] Any party seeking to file such materials under seal shall notify the Clerk's Office that this Order authorizes such sealed filing.

**PRIORITY SEND**   O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | September 3, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

B.   Exhibits

An item marked as an exhibit before the grand jury may be marked as a deposition exhibit and shown to the deposition witness (unlike transcripts of grand jury testimony), but it must be separately maintained from the exhibits compiled by the Court Reporter and its use or filing must comply with paragraph A(4), above.

C.   Personnel at the Deposition

The witness, the Court Reporter, and the videographer, as well as other individuals at the deposition who are not counsel, must read and sign the Protective Order(s) issued in this case before questioning begins.

_____ : _____

Initials of Preparer   se