O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | December 22, 2009 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      The Court DENIES Defendants' Motion to Continue Trial and Related Dates.[1] The Court realizes that several pending motions may affect the parties' abilities to fully prepare their cases for trial. The Court will revisit the scheduling deadlines when it rules on the pending motion in limine and motions for summary judgment. It is premature, however, to delay the trial by five months at this point in time.

      No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                    :      
                                 Initials of Preparer      SMO

---

[1] Docket No. 403.