O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV04-09692-AHM(Ex) | Date | January 25, 2010 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Barrett S. Litt | Howard D. Rusell |
| Ronald O. Kaye | Peter J. Ferguson |
| | Thomas J. Feeley |

**Proceedings:** MOTION IN LIMINE (#2) to Exclude Evidence and/or Argument Regarding Guilt/Innocence filed by Plaintiff Thomas Lee Goldstein [401] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court denies the motion *in limine* to exclude evidence and/or argument. Order to issue.

Court and counsel confer regarding schedule of upcoming motions. The parties are to meet and confer and submit a stipulation on the briefing schedule on the standard of proof issue. The Court sets a status conference hearing date of February 17, 2010 at 4:00 p.m. If the Court is to address the standard of proof issue at the status conference then the parties must file their respective position papers by not later than February 8, 2010.

Parties are to stipulate to the procedural history of this case. At trial, the jurors with be provided with a copy of the stipulation as Court Exhibit A.

| | : | 33 |
|---|---|---|
| | Initials of Preparer | SMO |