O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-9692 AHM (Ex) | Date | July 12, 2010 |
|---|---|---|---|
| Title | THOMAS LEE GOLDSTEIN v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

   The Court vacates the hearings for all motions *in limine* currently on calendar for July 26, 2010 and vacates any other previously scheduled filing requirements in light of the successful mediation that resulted in a settlement. However, the Court will not yet remove the case from its active calendar.

|  | : |
|---|---|
| Initials of Preparer | SMO |