BARRETT S. LITT, SBN 45527
E-Mail: blitt@littlaw.com
LITT, ESTUAR, & KITSON, LLP
1055 Wilshire Boulevard, Suite 1880
Los Angeles, California 90017
Telephone: (213) 386-3114
Facsimile:  (213) 380-4585

Ronald O. Kaye, SBN 145051
David McLane, SBN 124952
Marilyn E. Bednarski, SBN 105322
Email: rok@kmbllp.com
KAYE, MCLANE & BEDNARSKI LLP
234 East Colorado Boulevard, Suite 230
Pasadena, California. 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Attorneys for Plaintiff
THOMAS GOLDSTEIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOLDSTEIN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LONG BEACH, et al.,<br><br>　　　　　　Defendants. | Case No.: 04-9692 AHM-E<br><br>JUDGMENT IN FAVOR OF DEFENDANTS JOHN VAN DE KAMP, CURT LIVESAY AND THE COUNTY OF LOS ANGELES<br><br>Hearing Date:　　None<br>Hearing Time:　　None<br>Courtroom:　　　20<br><br>Trial Date:  None |

　　On January 6, 2009, the Supreme Court ruled that individual defendants John Van de Kamp and Curt Livesay were entitled to absolute immunity. *See Van de Kamp v. Goldstein*, 129 S. Ct. 855 (2009). No judgment has been entered in favor of those defendants.

1

On September 23, 2009, this Court granted the County of Los Angeles' motion for judgment on the pleadings. See Document #331. No judgment has been entered in favor of the County.

On August 13, 2010, this Court dismissed with prejudice claims against the Long Beach Defendants (the City of Long Beach, John Henry Miller, William Collette, and William MacLyman) based on a settlement between Plaintiff and those parties.

Although Plaintiff has advised the Court that he has requested Defendants Van de Kamp, Livesay, and the County of Los Angeles to do so, they have not submitted a proposed judgment as to those parties, who are the only remaining parties after the dismissal of the Long Beach parties.

Accordingly, this Court now enters judgment as to Van de Kamp, Livesay, and the County of Los Angeles based on the judgment proposed by Plaintiffs.

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Defendants John Van de Kamp and Curt Livesay in their individual capacities, and in favor of the County Los Angeles.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 18, 2010

_____
UNITED STATES DISTRICT JUDGE

1  Submitted by:

2   LITT, ESTUAR, & KITSON LLP

3
4   KAYE, MACLANE & BEDNARSKI LLP

5

6
   By:_/s/  Barrett S. Litt_____
7       Barrett S. Litt
8       Attorneys for Plaintiff

9

10  Approved as to form and content by:

11
   DATED:  October __, 2010     LITT, ESTUAR, & KITSON LLP
12                              KAYE, MCLANE & BEDNARSKI LLP
13

14

15                              By:__/s Barrett S. Litt _____
16                                  Barrett S. Litt
                                    Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

3